IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | ORDER |
| vs. | : | |
| | | 2:18 CR 31-008 TC |
| ROBERT JOHN LOVATO, | | |
| | : | Judge Tena Campbell |
| Defendant. | : | |

Defendant Robert John Lovato through counsel has filed a motion requesting early termination from supervision.

On October 30, 2019, the defendant entered a guilty plea to two counts of an 11-count superseding indictment: Conspiracy to Distribute Marijuana (Count 4) and Conspiracy to Commit Money Laundering Promotion and Concealment (Count 5).

On January 31, 2020, Mr. Lovato was sentenced to twelve months plus one day in the custody of the Bureau of Prisons followed by forty-eight months of supervised release.

Mr. Lovato began his term of supervision on January 8, 2021 with a termination date of January 7, 2025.

The court has carefully reviewed Mr. Lovato's motion, and also sought input from the United States Attorney's Office and Eli Ernest, Mr. Lovato's supervising probation officer in the District of Utah.

According to information received from Mr. Lovato's probation officer, Mr. Lovato has been compliant and has not incurred any arrests and/or documented negative contact with law enforcement since his supervision began.

The government opposes early termination but will reconsider its position once the defendant has successfully served at least half of his court-ordered supervision.

While it is within the court's discretion to terminate a term of supervised release, and while Mr. Lovato's record on supervision, although brief, appears satisfactory, it is the court's opinion that terminating Mr. Lovato's supervision, absent the showing of any exceptional circumstances and well before even half of the forty-eight month term has expired, is not warranted.  The court concludes that Mr. Lovato is not a candidate for early termination at this time.

SO ORDERED this lst day of July, 2022.

_____
Hon. Tena Campbell
United States District Court