PROB35                                                                              Report and Order Terminating
                                                                                     Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF UTAH

UNITED STATES OF AMERICA

                     v.                                                                              Docket Number: **2:18CR00031-008**

**Robert John Lovato**

On January 8, 2021, the above-named defendant was placed on supervised release for a period of Four years. The defendant has complied with the rules of regulations of supervised release and is no longer in need of supervision. Accordingly, it is recommended that the defendant be discharged from supervision.

Respectfully submitted,

*Hugh Watt for*

Eli Ernest
U.S. Probation Officer

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this ____3rd____ day of ____April____, 2023.

*Tena Campbell*

Honorable Tena Campbell
Senior United States District Judge